JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ANNUNZIATO, p/k/a KING VICTOBER, an individual, | Case No.: 2:20-cv-11592-RSWL (JPRx) |
| Plaintiff, | Hon. Ronald S.W. Lew |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| MEGAN GUTHRIE, p/k/a MEGNUTT02, an individual; and DOES 1 through 20, inclusive, | Complaint Filed: November 16, 2020 Trial Date: Not Yet Set |
| Defendants. | |
| MEGAN GUTHRIE, p/k/a MEGNUTT02, an individual, | |
| Plaintiff, | |
| vs. | |
| VICTORIA ANNUNZIATO, p/k/a KING VICTOBER, an individual, | |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The stipulation is approved.   The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: November 5, 2021

_Ronald S W Lew_

RONALD S. W. LEW

UNITED STATES DISTRICT JUDGE

---